NVB 1017 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−17−15654−led |
| | CHAPTER 7 |
| PANISSE RENELL DEBESAI | |
| Debtor(s) | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEES |
| | Hearing Date:   4/3/18 |
| | Hearing Time:   02:30 PM |

The above−named debtor has failed to pay the required filing fee(s) in accordance with the following entry/entries on docket:

*5* − Application to Pay Filing Fee in Installments with Proposed Order Filed by MATTHEW M. MCARTHUR on behalf of PANISSE RENELL DEBESAI (MCARTHUR, MATTHEW)

*10* − Order to Pay Filing Fees in Installments (BNC) First Installment Payment due by 10/23/2017. Second Installment Payment due by 12/19/2017. Third Installment Payment due by 01/18/2018. Final Installment Payment due by 02/20/2018. (Related document(s)5 Application to Pay Filing Fees in Installments filed by Debtor PANISSE RENELL DEBESAI) (egp)

The debtor is delinquent in the amount of $ **335.00**; therefore,

**IT IS ORDERED** that the debtor and/or attorney for the debtor in the above−entitled case is directed to appear and show cause why this case should not be dismissed for failure to pay filing fees in accordance with Fed. R. Bankr. P. 1017(b). In accordance with Fed. R. Bankr. P. 1006(b)(2), the filing fee can be paid no later than 180 days from the filing of the petition.

The hearing will be held before a United States Bankruptcy Judge, as follows:

| | |
|---|---|
| Hearing Date: | 4/3/18 |
| Hearing Time: | 02:30 PM |
| Hearing Location: | LED−Courtroom 3, Foley Federal Bldg |
| | 300 Las Vegas Blvd South, |
| | Las Vegas, NV 89101 |

The hearing will not be held, and the case will not be dismissed if payment is received *at least three (3) business days* before the scheduled hearing. Payment for any fees must be in the form of a cashier's check, money order or cash for the exact amount.

Dated: 2/26/18

*Mary A. Schott*

Mary A. Schott
Clerk of Court